

**T**HE **C**ITY OF **N**EW **Y**ORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**ERIN RYAN**
*Assistant Corporation Counsel*
Tel.: (212) 356-5056
Fax: (212) 356-3509

May 27, 2016

**BY ECF and E-MAIL: Torres_nysdchambers@nysd.uscourts.gov**
Honorable Analisa Torres
United States District Judge
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>Steven Duffy v. Nicholas Castiello, et al.</u>, 15-CV-7684 (AT)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of the above-referenced matter. I write jointly with plaintiff's counsel, John Paul DeVerna, Esq., in response to the Court's Order dated May 23, 2016 directing the parties to confirm whether or not they consent to referral to a Magistrate Judge all purposes in the above-referenced matter.

This letter is to advise the Court that both parties do not unanimously agree to have this case referred to a Magistrate Judge for all proceedings.

Thank you for your consideration herein.

Respectfully submitted,

/s/

Erin Teresa Ryan
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:   John Paul DeVerna (By ECF)
      DeVerna Law
      *Attorney for Plaintiff*
      305 Broadway, 14th Floor
      New York, New York 10007